STATE OF CONNECTICUT *v.* EDWARD GILCHRIST

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 624, is denied.

*Suzanne Zitser,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 17, 1991

STATE OF CONNECTICUT *v.* ROBERT COOLEY

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 489, is denied.

*Roger J. Frechette,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided May 17, 1991

IN RE ROBERT C.

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 813, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

Decided May 17, 1991

IN RE JUDICIAL INQUIRY

The applicants Frank D'Amico and Paul Reid's petition for certification for appeal from the Appellate Court is granted, limited to the following issues: